UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Joshua Morrison, Martha Acevedo, Angel L. Cruz Soto, and Maryann Cruz, Individually and as personal representative and administrator of the Estate of Angelymar Cruz Acevedo Morrison,<br><br>*plaintiffs,*[1]<br><br>versus<br><br>State of Louisiana, through its Department of Children and Family Services,<br><br>*defendants.*[2] | Civil Action No. 25-1233<br><br>Section H, Division 3<br><br>District Judge Jane Triche Milazzo<br><br>Magistrate Judge Eva J. Dossier |

**Order of Admission and Enrollment of Deborah Johnson Butcher**

Having considered the *Ex parte Motion for Admission and Enrollment* ("*PHV/Enrollment Motion*") and in finding: (a) Deborah Johnson Butcher is a member in good standing of the bar of the State of South Carolina; (b) no disciplinary proceedings or criminal charges have been instituted against her; and (c) she has consented as required and in writing to electronic filing for this case:

**IT IS ORDERED** that the *PHV/Enrollment Motion* be and hereby is **GRANTED** and that Deborah Johnson Butcher (S.C. 74029) of the Camden Law Firm, PA, d/b/a Foster Care Abuse Law Firm, 507 Walnut Street, Camden, South Carolina, 29020, (803) 432-7599, dbutcher@camdenlawfirm.com, be and hereby is **ADMITTED** *pro hac vice* to practice before this Court in this case and is **ENROLLED** as co-counsel of record for plaintiff.

New Orleans, Louisiana, this ____28th____ day of July, 2025.

Jane Triche Milazzo, District Judge